STEVEN G. KALAR
Federal Public Defender
JODI LINKER
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA  94102
Telephone:  (415) 436-7700
Telefacsimile: (415) 436-7706

Counsel for Defendant BANET

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-12-0715 WHA |
| Plaintiff, | ) ) | STIPULATION AND [PROPOSED] |
| v. | ) ) | ORDER TO CONTINUE |
| HAUSMANN-ALAIN BANET, | ) ) | |
| Defendant. | ) ) | |

1    On October 26, 2012, the Court scheduled a status conference in the above-captioned

2  matter to be held on November 20, 2012.  The parties anticipated that defendant Hausmann-

3  Alain Banet's bail hearing before the immigration court would be concluded by that time, but

4  informed the Court that a continuance would be requested if that proceeding had not concluded.

5  Unfortunately, Mr. Banet's bail hearing before the immigration court has been continued, and he

6  remains in immigration custody awaiting his bail hearing.  Accordingly, the parties hereby

7  stipulate that the status conference scheduled for November 20, 2012 be continued to December

8  4, 2012 at 2:00pm.

9    For the above reasons, the parties stipulate there is good cause – taking into account the

10  public interest in the prompt disposition of this case – to exclude the time from November 20,

11  2012 to December 4, 2012 from computation under the Speedy Trial Act.  18 U.S.C. §

12  3161(h)(1)(E), (3)(A), (7)(A) and (B)(iv).  The parties further agree that the ends of justice

13  would be served by excluding the time from  November 20, 2012 to December 4, 2012 from

14  computation under the Speedy Trial Act and that the need for the exclusion outweighs the best

15  interests of the public and the defendant in a speedy trial.

16    IT IS SO STIPULATED.

17

18   November 19, 2012               _____/s/_____
    DATED                            DENISE MARIE BARTON
19                                    Assistant United States Attorney

20

21   November 19, 2012               _____/s/_____
    DATED                            JODI LINKER
22                                    Assistant Federal Public Defender

23    IT IS SO ORDERED.

24   November 19, 2012.              _____
    DATED                            WILLIAM H. ALSUP
25                                    United States District Judge

26

27

28

*US v. Banet*, Case No. 12 –0715 WHA;
Stip & [Proposed] Order to Continue            1