1  STEVEN G. KALAR
   Federal Public Defender
2  JODI LINKER
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   San Francisco, CA  94102
4  Telephone:  (415) 436-7700
   Telefacsimile: (415) 436-7706
5
   Counsel for Defendant BANET
6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

11

12 UNITED STATES OF AMERICA,           )   No. CR-12-0715 WHA (JCS)
                                       )
13                Plaintiff,           )   STIPULATION AND [PROPOSED]
                                       )   MODIFICATION OF CONDITIONS OF
14 v.                                  )   RELEASE
                                       )
15 HAUSMANN-ALAIN BANET,               )
                                       )
16                Defendant.           )
   _____)

17

*U.S. v. Banet*, Case No. 12-0715 WHA (JCS);
Stip & [Proposed] Modif. of Cond. of Release

1   On October 30, 2012, this Court ordered defendant Hausmann-Alain Banet released on
2 certain conditions. Upon his release from federal custody, he was immediately transferred to
3 immigration custody. He was released from immigration custody on December 3, 2012,
4 promptly reported to the halfway house as required by the conditions of his release, and appeared
5 before the district court on December 4, 2012. As part of his clearance to remain at the halfway
6 house, Mr. Banet was seen by a physician who noted certain medical conditions that Mr. Banet
7 needed to address promptly. In order to have these medical needs addressed, Mr. Banet must go
8 to a clinic, which requires an extensive amount of time. As the current conditions allow Mr.
9 Banet to leave the halfway house for only three hours maximum, the current conditions do not
10 provide Mr. Banet with sufficient time to address his medical needs. Accordingly, after
11 consulting with Pretrial Services, and with the agreement of Pretrial Services, the parties propose
12 that Mr. Banet's conditions of release be modified to provide as follows:

13   U.S. Pretrial Services may allow the defendant out of the halfway house for more than three hours so that he can address significant medical needs. The defendant will provide
14   documentation and/or other verification to U.S. Pretrial Services to confirm his appointments with medical staff and also provide documentation verifying his reported
15   ailments as directed. All requests to leave the halfway house to attend to medical needs will be submitted to U.S. Pretrial Services at least three business days in advance unless
16   the request is for a medical emergency.

17   IT IS SO STIPULATED.

19  ___12/7/12_____          _____/s/_____
    DATED                              DENISE MARIE BARTON
20                                     Assistant United States Attorney

21
    ___12/7/12_____          _____/s/_____
22  DATED                              JODI LINKER
                                       Assistant Federal Public Defender
23
24       IT IS SO ORDERED.

26   12/7/12
    _____                        JOSEPH C. SPERO
27  DATED                              United States Magistrate Judge

*U.S. v. Banet*, Case No. 12-0715 WHA (JCS);
Stip & [Proposed] Modif. of Cond. of Release         1