DORON WEINBERG (SBN 46131)
LAW OFFICE OF DORON WEINBERG
523 Octavia Street
San Francisco, CA 94102
Telephone: (415) 431-3472
Facsimile:  (415) 552-2703
doronweinberg@aol.com

Attorney for Defendant
HAUSMANN-ALAIN BANET

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | **CASE NO. CR-12-00715 WHA** |
|---|---|---|
| Plaintiff, | ) | **STIPULATION TO CONTINUE STATUS HEARING;** |
| vs. | ) | ~~**(PROPOSED**~~**) ORDER** |
| HAUSMANN-ALAIN BANET | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED between the parties, Denise M. Barton, Assistant United States Attorney for Plaintiff United States of America, and Doron Weinberg, attorney for defendant Hausmann-Alain Banet that the status hearing presently scheduled for March 12, 2013 at 2:00 p.m. by continued to March 19, 2013, at 2:00 p.m.

IT IS FURTHER STIPULATED by the parties that the time between March 12, and March 19, 2013 may be excluded pursuant to Title 18 U.S.C. § 3161(h)(7)(B)(iv) to allow time necessary for effective preparation by counsel.

Respectfully submitted,

LAW OFFICES OF DORON WEINBERG

Dated: March 11, 2013         /s/ Doron Weinberg
                              DORON WEINBERG
                              Attorney for Defendant
                              HAUSMANN-ALAIN BANET

Stipulation to Continue Status Hearing;
(Proposed) Order (Case No. CR-12-00715 WHA)        1

|   |   |
|---|---|
| | MELINDA HAAG, <br> United States Attorney <br> Northern District of California |
| Dated: March 11, 2013 | By: /s/ Denise M. Barton <br> DENISE M. BARTON <br> Assistant United States Attorney <br> Attorney for Plaintiff <br> UNITED STATES OF AMERICA |

**IT IS SO ORDERED:**

Dated: March 11, 2013.            _____
HONORABLE WILLIAM H. ALSUP
Judge, U.S. District Court
Northern District of California