IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HAUSSMAN-ALAIN BANET,<br><br>Defendant.<br>_____/ | No. CR 12-00715 WHA<br><br>**ORDER GRANTING MOTION FOR INTERLOCUTORY SALE OF THE UNIT 403 AT 1083 CLAY STREET, SAN FRANCISCO, CA** |

The United States moves to authorize an interlocutory sale of defendant's forfeited property at 1083 Clay Street, San Francisco, CA (Dkt. No. 103). Petitioners Residential Credit Solutions, Inc. and U.S. Bank National Association have both filed statements of non-opposition to the current motion (Dkt. Nos. 109, 111). Petitioner 1083 Clay Street Condominium Owners' Association, Inc., however, has submitted a statement of conditional non-opposition to the interlocutory sale, requesting an order that the United States Marshal Service deposit $40,000 of the sale proceeds into a private escrow account as opposed to the Seized Asset Deposit Fund (Dkt. No. 103). The Association objects to the entirety of the sale proceeds being placed in the Seized Asset Deposit Fund because the United States, a party adverse to the Association, controls that fund.

The Association seeks special treatment, but has not provided adequate justification for such treatment. As such, the Association's objections and conditions with the proposed interlocutory sale are rejected. All petitioners in this matter will be subject to the regular

procedures for the interlocutory sale, as proposed by the United States (Dkt. No. 103-1).  The motion to authorize the interlocutory sale is therefore **GRANTED.**

**IT IS SO ORDERED.**

Dated:  September 25, 2013.


WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2