IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. CR 12-00715 WHA |
| v. | |
| HAUSMANN-ALAIN BANET, | **ORDER DENYING DEFENDANT'S MOTION FOR RETURN OF PERSONAL PROPERTY AS MOOT** |
| Defendant. / | |

The government has responded to defendant Hausmann-Alain Banet's motion for the return of personal property (Dkt. No. 154). That response is appended to this order.

In short, the government states that it has no objection to returning the property in question. According to the government, the property remains in the custody of the United States Marshals' Service. Certain regulations, however, bar the Marshals from mailing the property to defendant, who is currently an inmate.

As such, defendant is requested to please submit a notice as to whether he would allow Attorney Doron Weinberg or another designated party to collect the property on his behalf. Because defendant is in prison, it may take him more than a week to arrange for this retrieval. Defendant's notice is thus due by **5 PM ON MARCH 27, 2014**. The motion to return property is **DENIED AS MOOT**.

IT IS SO ORDERED.

Dated: February 26, 2014.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

DENISE MARIE BARTON (MABN 634052)
Assistant United States Attorney
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7359
    FAX: (415) 436-7234
    denise.barton@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>HAUSMANN-ALAIN BANET,<br>    a/k/a Anzoumana Ousmann Gbane,<br>    a/k/a Gbane Anzoumana,<br>    a/k/a Ousmann Gbane,<br>    a/k/a Ousmann Gbane Anzounan Banet,<br>    a/k/a Ousmann-Alain Gbane,<br><br>    Defendant. | NO. CR 12-00715 WHA<br><br>RESPONSE TO FEBRUARY 18, 2014 ORDER |

In response to the defendant's Motion for Return of Property and the Court's Order, the United States responds as follows:

The United States Attorney's Office and Federal Bureau of Investigations have never been in possession of the property identified in the defendant's Motion. Further, the United States has no objection to the return of the property in the manner set forth below.

USA'S RESPONSE TO FEBRUARY 18, 2014 ORDER
CASE NO. CR 12-00715 WHA

After receipt of the Motion and Order, undersigned counsel attempted to determine who was in custody of the defendant's property. After undersigned counsel contacted the United States Marshal's Service (USM) and the Alameda County Jail, the USM advised that after Sentencing, when the defendant was transferred from Alameda County / North County Jail to a Bureau of Prisons facility, property in in the defendant's possession was transferred into USM custody. At that time, the defendant was advised to designate a third party into whose custody the property can be transferred. The USM regulations did not permit the defendant to travel to a Bureau of Prisons facility with the property.

Today, after the USM located the property, undersigned counsel viewed the property to determine if the property was the same property identified by the defendant. However, after determining that certain materials, which could be privileged legal materials, were within the items in USM custody, I stopped further viewing of the items. In my review, I did see books, one category of items identified by the defendant. Further, the USM has confirmed that eyeglasses are within the materials.

USM regulations do not permit the USM to mail the property to the defendant at the Bureau of Prisons. The USM is prepared to transfer custody of the materials to his attorney, Doron Weinberg, or any other third party designated by the defendant. The USM further requests that his attorney, or other person, take custody of the materials within the week.

Respectfully Submitted,

MELINDA HAAG
United States Attorney

Dated: February 24, 2014

/s/
DENISE MARIE BARTON
Assistant United States Attorney

USA'S RESPONSE TO FEBRUARY 18, 2014 ORDER
CASE NO. CR 12-00715 WHA                                                2

1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  DENISE MARIE BARTON (MABN 634052)
   Assistant United States Attorney
5         450 Golden Gate Avenue, Box 36055
          San Francisco, California 94102-3495
6         Telephone: (415) 436-7359
          FAX: (415) 436-7234
7         denise.barton@usdoj.gov

8  Attorney for Plaintiff

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                        SAN FRANCISCO DIVISION
12

13 UNITED STATES OF AMERICA,           ) NO. CR 12-715 WHA
          Plaintiff,                   )
14                                     )
      v.                               )
15                                     )
                                       )
16 HAUSMANN-ALAIN BANET,               ) CERTIFICATE OF SERVICE
          a/k/a Anzoumana Ousmann Gbane, )
17        a/k/a Gbane Anzoumana,       )
          a/k/a Ousmann Gbane,         )
18        a/k/a Ousmann Gbane Anzounan Banet, )
          a/k/a Ousmann-Alain Gbane,   )
19                                     )
          Defendant.                   )
20                                     )
                                       )
21

22

23                           CERTIFICATE OF SERVICE

24        The undersigned hereby certifies that she is an employee of the office of the United States

25 Attorney, Northern District of California and is a person of such age and discretion to be competent to

26 serve papers. The undersigned certifies under penalty of perjury that the following:

27                      **USA'S RESPONSE TO FEBRUARY 18, 2014 ORDER**

28

   CERTIFICATE OF SERVICE
   CASE NO. CR 12-715 WHA

In the matter of U.S. v. Hausmann-Alain Banet, Case No. CR 12-715 WHA, was served on this date by me as follows:

Doron Weinberg, Attorney at Law

523 Octavia Avenue

San Francisco, CA  94102

PH:  (415) 431-3472

\_\_\_\_\_ (By Personal Service), I caused such envelope to be delivered by hand to the person or offices of each addressee(s) above.

\_\_\_\_\_ (By Facsimile), I caused each such document to be sent by Facsimile to the person or offices of each addressee(s) above.

\_\_\_\_\_ (By Mail), I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at San Francisco, California.

__X__ (By Fed Ex – Standard Overnight), I caused each such envelope to be delivered by FED EX to the address listed above.

DATED:  February 24, 2014

_____/s/_____
BRIDGET KILKENNY
Contractor-Legal Assistant

CERTIFICATE OF SERVICE
CASE NO. CR 12-715 WHA                      2