United States District Court

For the Northern District of California

1
2
3
4
5
6      IN THE UNITED STATES DISTRICT COURT
7
8      FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10     UNITED STATES OF AMERICA,
11             Plaintiff,                          No. C 12-00715 WHA
12       v.
13     HAUSMANN-ALAIN BANET,                       **ORDER TO SHOW CAUSE**
14             Defendant.
15                                            /
16          Defendant has moved to vacate, set aside, or correct his sentence.  The motion and case
17     files do not "conclusively show" that defendant is not entitled to relief.  28 U.S.C. 2255.  The
18     government is ordered to show cause within **60 DAYS** why the motion should not be granted, if
19     that is its position, and to file then all portions of the record previously transcribed and relevant
20     to the motion.  The Clerk shall serve this order upon defendant and the United States.  If the
21     government opposes the motion, defendant shall have **30 DAYS** from submission of the
22     opposition to reply.
23          **IT IS SO ORDERED.**
24
25     Dated:  August 19, 2014.
26                                          _____
                                            WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE
27
28