IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

HAUSMANN-ALAIN BANET,

    Defendant.

No. CR 12-00715 WHA

**ORDER RE WAIVER OF ATTORNEY-CLIENT PRIVILEGE**

On September 11, 2014, an order instructed defendant to send a notice if he wishes to preserve his attorney-client privilege by abandoning the ineffective assistance of counsel claims raised in his Section 2255 motion (Dkt. No. 171). That order further instructed that such a notice must be sent by September 26, 2014, and that failure to do so would be deemed a waiver of defendant's attorney-client privilege as to matters raised in his Section 2255 motion.

To date, no such notice has been received from defendant. Accordingly, his attorney-client privilege with respect to matters raised in his Section 2255 motion is deemed **WAIVED**. The government will still file its opposition to the Section 2255 motion by **NOVEMBER 3, 2014**. That opposition may include declarations by defendant's former counsel. Any reply thereto by defendant must be received by **DECEMBER 3, 2014**.

**IT IS SO ORDERED.**

Dated: October 6, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE