IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. CR 12-00715 WHA |
| v. | |
| HAUSMANN-ALAIN BANET, | **REQUEST FOR GOVERNMENT RESPONSE** |
| Defendant. | |

On December 10, 2014, defendant filed a motion for an evidentiary hearing on his 28 U.S.C. 2255 claim. The government is requested to respond to this request for an evidentiary hearing by **5:00 P.M. ON DECEMBER 18, 2014.**

Dated: December 11, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE