IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>HAUSMAN-ALAIN BANET,<br><br>  Defendant.<br>_____ / | No. CR 12-0715 WHA<br><br>**ORDER DENYING MOTION FOR CERTIFICATE OF APPEALABILITY AND GRANTING MOTION TO PROCEED IN FORMA PAUPERIS** |

On February 3, 2015, an order denied defendant's Section 2255 motion (*Order Denying Section 2255 Motion*, Dkt. No. 205). On July 5, 2016, defendant filed a motion for a certificate of appealability (Dkt. No. 209). On August 23, 2016, defendant filed an application to proceed in forma paurperis on appeal.

A certificate of appealability will not issue because reasonable jurists would not "find the district court's assessment of the constitutional claims debatable or wrong." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). Petitioner may seek a certificate of appealability from the United States Court of Appeals.

The application to proceed in forma pauperis is **GRANTED**.

The clerk shall please mail defendant a copy of the order denying his Section 2255 motion.

**IT IS SO ORDERED.**

Dated: August 25, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE