IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HAUSMAN-ALAIN BANET,<br><br>Defendant.<br>_____/ | No. CR 12-0715 WHA<br><br>**ORDER REGARDING REQUEST FOR TRANSCRIPTS AND COPY OF DOCKET REPORT** |

Defendant has requested a copy of the docket and transcripts of the pretrial hearings from October 3, 2012, to August 6, 2013. Defendant requests that the transcripts be provided "at the expense of the government."

Defendant's request to be provided transcripts for all pretrial hearings at no cost is **DENIED**. Defendant may obtain transcripts but must pay any applicable fees. Information about the cost of and process for obtaining transcripts is available at: http://www.cand.uscourts.gov/transcripts.

The **CLERK SHALL PLEASE MAIL** a copy of the docket report to defendant.

**IT IS SO ORDERED.**

Dated: October 6, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE